```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone:  (916) 498-5700

 5  Attorneys for Petitioner
    CHARITIE HENNIG
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CHARITIE HENNIG,               )
                                   )   No. CIV S-05-1931 DFL GGH
12              Petitioner,        )
                                   )   MOTION FOR SUBSTITUTION OF COUNSEL;
13         v.                      )
                                   )   PROPOSED ORDER
14  GWENDOLYN MITCHELL, Warden,    )
    et al.,                        )
15                                 )
                Respondents.       )
16  _____)
```

17      Petitioner CHARITIE HENNIG hereby moves this Court for an order
18  substituting Joseph Wiseman,, Attorney at Law, 1477 Drew Avenue, #106,
19  Davis, California 95616, telephone, (530) 759-0700, as counsel for the
20  petitioner in the above-entitled case.  The Federal Defender's Office has
21  determined that it is currently unable to continue its representation of
22  petitioner.  Mr. Wiseman has agreed to represent petitioner.  He is an
23  experienced criminal defense attorney, with extensive experience in
24  federal habeas corpus cases.  A copy of the court's file in this case
25  will be forwarded to Joseph Wiseman.
26  ////
27  ////
28  ////

Joseph Wiseman is aware of any deadlines in this case.  He has authorized the undersigned to sign this substitution motion on his behalf.

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

Dated: November 7, 2005       /s/ David M. Porter
                                    DAVID M. PORTER
                                    Assistant Federal Defender
                                    Attorneys for Petitioner
                                    CHARITIE HENNIG

Dated: November 7, 2005       /s/ Joseph Wiseman
                                    JOSEPH WISEMAN

                                        **********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Joseph Wiseman shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 11/8/05
                                    /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    United States Magistrate Judge

henn1931.po