IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARITIE HENNIG,

    Petitioner,                                No. CIV S-05-1931 DFL GGH P

    vs.

GWENDOLYN MITCHELL, Warden, et al.,

    Respondents.                              <u>ORDER</u>

_____/

        A joint scheduling statement in this matter was filed on November 15, 2005, pursuant to the court's order filed October 26, 2005. Subsequently, on January 10, 2006, petitioner filed a notice of an intention to file an amended petition of exhausted claims only, but counsel did not clarify whether petitioner intends to proceed on that exhausted petition or will identify unexhausted claims for which she will seek a stay of the amended petition while pursuing state court remedies. After reviewing the joint statement and in light of petitioner's subsequent notice, the court issues the following ORDERS:

        1. If petitioner intends to proceed on an amended petition of exhausted claims only, petitioner must file such an amended petition, along with any memorandum of points and authorities, by February 1, 2006; respondent must thereafter file an answer or dispositive motion within 30 days; petitioner must file any reply or opposition, as appropriate, within 30 days of

service of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days after service of an opposition to file a reply.

      2. Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, on February 1 2006, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, by February 1, 2005; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

      3. Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

      4. Petitioner must file any motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), within 30 days of respondent's response to petitioner's amended petition; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

      5. Petitioner must make any motion for an evidentiary hearing at the earliest appropriate time; should petitioner file a motion for an evidentiary hearing, as respondent anticipates opposing any such motion, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 1/18/06                                          /s/ Gregory G. Hollows

                                                             GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

GGH:009/henn1931.pst