IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARITIE HENNIG,

      Petitioner,                        No. CIV S-05-1931 DFL GGH P

      vs.

GWENDOLYN MITCHELL, Warden,
et al.,

      Respondents.                  ORDER

_____/

Respondent has requested an extension of time, pursuant to the court's January 19, 2006 order, to file a response to the amended petition. However, with the February 23, 2006 request, respondent has failed to attach (or lodge) a proposed order via ECF in .pdf format *and* has not emailed a proposed order in word processing format in accordance with the local rules. The court will only consider counsel's request if it is made in compliance with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 3/3/06

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

ggh:009
henn1931.lcr