IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARITIE HENNIG,** | CIV S-05-1931 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **GWENDOLYN MITCHELL, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended sixty (60) days to and including May 2, 2006.

Dated: 3/8/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

henn1931.po

[Proposed] Order

1