IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARITIE HENNIG,**<br><br>                                  Petitioner,<br><br>     v.<br><br>**GWENDOLYN MITCHELL, Warden, et al.,**<br><br>                                  Respondents. | CIV S-05-1931 DFL GGH P<br><br>**ORDER** |

      GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended thirty (30) days to and including June 1, 2006.

Dated: 5/3/06

                                          /s/ Gregory G. Hollows
                                          _____
                                          The Honorable Gregory G. Hollows

henn1931.po2

[Proposed] Order