IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARITIE HENNIG,

    Petitioner,                    CIV-S-05-1931 ALA HC

    vs.

GWENDOLYN MITCHELL, Warden, et al.,

    Respondents.               ORDER

_____/

    Petitioner Charitie Hennig is a state prisoner proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 25, 2006, respondent filed an answer to petitioner's February 1, 2006, amended petition. The court requests petitioner file a traverse prior to issuing a ruling.

    Therefore, IT IS HEREBY ORDERED that petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: February 19, 2008

                                                  /s/ Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT  JUDGE
                                                 Sitting by Designation