IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARITIE HENNIG,

    Petitioner,                  No. 2:05-cv–01931 ALA (HC)

    vs.

DEBORAH L. PATRICK,

    Respondent.[*]             <u>ORDER</u>

_____/

    On August 29, 2008, this Court denied Petitioner Charitie Hennig's ("Petitioner") application for a writ fo habeas corpus. (Doc. 46). Through her counsel, Mr. Joseph J. Wiseman, Petitioner filed a "NOTICE OF APPEAL AND REQUEST FOR A CERTIFICATE OF APPEALABILITY." (Doc. 48). On October 9, 2008, this Court declined to issue a certificate of appealability. (Doc. 49). On December 15, 2008, Petitioner, herself, filed another notice of appeal and request for a certificate of appealability. (Doc. 51).

    A review of the docket report indicates that the Clerk's Office electronically filed and served this Court's order, declining to certify Petitioner's appeal, on Petitioner's counsel. Petitioner, however, was not directly served with this Court's order.

---

[*]Deborah L. Patrick is substituted for her predecessor, Gwendolyn Mitchell, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's request for a certificate of appealability be DENIED as moot since this Court already declined to issue a certificate of appealability. (Doc. 49);

2. The Clerk's Office send Petitioner a copy of this Court's order (Doc. 49) to the following:

    Ms. Charitie Hennig (W93275)

    Central California Women's Facility

    P.O. Box 1501

    Chowchilla, California 93610; and

3. The Clerk's Office update Petitioner's file to ensure that she, in addition to her attorney, receive correspondence from this Court.

DATED: December 18, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation